# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−35634−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Ramon Aballo Jr.
411 Broughton Avenue
Bloomfield, NJ 07003

Social Security No.:
xxx−xx−6031

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/22/19.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: May 22, 2019
JAN: rah

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                              Case No. 17-35634-VFP
Ramon Aballo, Jr.                                                                   Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: May 23, 2019
                              Form ID: 148             Total Noticed: 49

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 25, 2019.
db          +Ramon Aballo, Jr.,    411 Broughton Avenue,    Bloomfield, NJ 07003-4231
aty         +Jenelle C. Arnold,    Aldridge Pite, LLP,    4375 Jutland Dr.,    Ste., 200,    PO Box 17933,
              San Diego, CA 92177-7921
517243685   +Adelina Lupinacci,    95 Mary Street,    Belleville, NJ 07109-2364
517243695   +Citibank,   Citicorp Credit Srvs/Centralized Bankrup,    Po Box790040,
              Saint Louis, MO 63179-0040
517243697   +Citibank/The Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,
              St Louis, MO 63179-0040
517243699   +Citizens One,    1000 Lafayette Blvd,    Bridgeport, CT 06604-4725
517243704   +Equifax,   PO BOX 740241,    Atlanta, GA 30374-0241
517243705   +Experian,   PO BOX 9701,    Allen, TX 75013-9701
517243710   +Mattleman, Weinroth & Miller, Pc,    Allyson V. Cofran, Esq,    401 Route 70 East,   Suite 100,
              Cherry Hill, NJ 08034-2410
517243711  ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
              TRENTON NJ 08646-0245
             (address filed with court: State of New Jersey,    Division of Taxation,   Bankruptcy Unit,
              PO Box 245,   Trenton, NJ 08695-0245)
517243712   +STPC/CBUSA,   PO BOX 9714,    Gray, TN 37615-9714
517243716   +Trans Union,   PO BOX 2000,    Chester, PA 19016-2000
517243717   +Vincenzo Aballo,    411 Broughton Ave.,    Bloomfield, NJ 07003-4231

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov May 23 2019 23:43:48      U.S. Attorney,    970 Broad St.,
              Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 23 2019 23:43:46      United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
517243706    EDI: HNDA.COM May 24 2019 03:08:00      Honda Finance,    PO BOX 7829,
              Philadelphia, PA 19101-7829
517258610    EDI: HNDA.COM May 24 2019 03:08:00      American Honda Finance Corporation,
              National Bankruptcy Center,    P.O. Box 168088,    Irving, TX 75016-8088
517243686   +EDI: TSYS2.COM May 24 2019 03:08:00      Barclays Bank Delaware,    100 S West St,
              Wilmington, DE 19801-5015
517243687   +EDI: TSYS2.COM May 24 2019 03:08:00      Barclays Bank Delaware,    Po Box 8803,
              Wilmington, DE 19899-8803
517243688   +E-mail/Text: bkmailbayview@bayviewloanservicing.com May 23 2019 23:44:11
              Bayview Financial Loan,    Attn: Customer Service Dept,    4425 Ponce De Leon Blvd, 5th Floor,
              Miami, FL 33146-1873
517243689   +E-mail/Text: bkmailbayview@bayviewloanservicing.com May 23 2019 23:44:11
              Bayview Financial Loan,    4425 Ponce De Leon Blvd,    Coral Gables, FL 33146-1873
517354149   +EDI: PRA.COM May 24 2019 03:08:00      Bureaus Investment Group Portfolio No 15 LLC,
              c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk VA 23541-1021
517243692    EDI: CAPITALONE.COM May 24 2019 03:03:00      Capital One,    15000 Capital One Dr,
              Richmond, VA 23238
517243691   +EDI: CAPITALONE.COM May 24 2019 03:03:00      Capital One,   Po Box 30253,
              Salt Lake City, UT 84130-0253
517243690   +EDI: CAPITALONE.COM May 24 2019 03:03:00      Capital One,
              Attn: General Correspondence/Bankruptcy,    Po Box 30285,   Salt Lake City, UT 84130-0285
517295664    EDI: BL-BECKET.COM May 24 2019 03:08:00      Capital One, N.A.,    c/o Becket and Lee LLP,
              PO Box 3001,   Malvern PA 19355-0701
517243693   +EDI: MERRICKBANK.COM May 24 2019 03:03:00      Cardworks/CW Nexus,    Po Box 9201,
              Old Bethpage, NY 11804-9001
517243694   +EDI: CHASE.COM May 24 2019 03:08:00      Chase Card,   Po Box 15298,    Wilmington, DE 19850-5298
517243696   +EDI: CITICORP.COM May 24 2019 03:03:00      Citibank,   Po Box 6497,
              Sioux Falls, SD 57117-6497
517243698   +EDI: CITICORP.COM May 24 2019 03:03:00      Citibank/The Home Depot,    Po Box 6497,
              Sioux Falls, SD 57117-6497
517243700   +EDI: WFNNB.COM May 24 2019 03:08:00      Comenity Bank/Victoria Secret,    Attn: Bankruptcy,
              Po Box 182125,   Columbus, OH 43218-2125
517243701   +EDI: WFNNB.COM May 24 2019 03:08:00      Comenity Bank/Victoria Secret,    Po Box 182789,
              Columbus, OH 43218-2789
517243702   +EDI: RCSFNBMARIN.COM May 24 2019 03:03:00      Credit One Bank Na,    Po Box 98873,
              Las Vegas, NV 89193-8873
517243703   +EDI: RCSFNBMARIN.COM May 24 2019 03:03:00      Credit One Bank Na,    Po Box 98875,
              Las Vegas, NV 89193-8875
517243707    EDI: IRS.COM May 24 2019 03:08:00      IRS,   Department of the Treasury,
              Internal Revenue Service,    310 Lowell Street,   Andover, MA 01810-9041
517243708   +E-mail/Text: bncnotices@becket-lee.com May 23 2019 23:42:54      Kohls/Capital One,
              Kohls Credit,   Po Box 3043,    Milwaukee, WI 53201-3043
517243709   +E-mail/Text: bncnotices@becket-lee.com May 23 2019 23:42:54      Kohls/Capital One,
              N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-5660
517360571    EDI: RESURGENT.COM May 24 2019 03:08:00      LVNV Funding, LLC its successors and assigns as,
              assignee of MHC Receivables, LLC and,    FNBM, LLC,   Resurgent Capital Services,
              PO Box 10587,   Greenville, SC 29603-0587

```
District/off: 0312-2           User: admin              Page 2 of 2              Date Rcvd: May 23, 2019
                               Form ID: 148             Total Noticed: 49

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517360438       EDI: MERRICKBANK.COM May 24 2019 03:03:00       MERRICK BANK,   Resurgent Capital Services,
                 PO Box 10368,   Greenville, SC 29603-0368
517263197      +EDI: MID8.COM May 24 2019 03:08:00      Midland Funding LLC,   PO Box 2011,
                 Warren, MI 48090-2011
517341269       EDI: PRA.COM May 24 2019 03:08:00      Portfolio Recovery Associates, LLC,    c/o Barclaycard,
                 POB 41067,   Norfolk VA 23541
517346522       EDI: Q3G.COM May 24 2019 03:08:00      Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                 PO Box 788,   Kirkland, WA 98083-0788
517245603      +EDI: RMSC.COM May 24 2019 03:03:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
517243713      +EDI: RMSC.COM May 24 2019 03:03:00      Synchrony Bank/Walmart,    Attn: Bankruptcy,
                 Po Box 965060,   Orlando, FL 32896-5060
517243714      +EDI: RMSC.COM May 24 2019 03:03:00      Synchrony Bank/Walmart,    Po Box 965024,
                 Orlando, FL 32896-5024
517364715      +E-mail/Text: bncmail@w-legal.com May 23 2019 23:43:57      TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
517367279      +E-mail/Text: bkmailbayview@bayviewloanservicing.com May 23 2019 23:44:11
                 THE BANK OF NEW YORK MELLON,   c/o Bayview Loan Servicing, LLC,
                 4425 Ponce De Leon Blvd., 5th Floor,   Coral Gables, FL 33146-1837
517243715      +EDI: WTRRNBANK.COM May 24 2019 03:08:00      Target,   Po Box 673,   Minneapolis, MN 55440-0673
517375517      +EDI: AIS.COM May 24 2019 03:08:00      Verizon,   by American InfoSource LP as agent,
                 4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 36

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517243684        Adelina Aballo
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 22, 2019 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
           AS TRUSTEE (CWALT 2004-2CB) dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
           AS TRUSTEE (CWALT 2004-2CB) rsolarz@kmllawgroup.com
          Scott E. Tanne    on behalf of Debtor Ramon  Aballo, Jr. ecf@tannelaw.com,
           tanne.ecf.email@gmail.com;tannesr87179@notify.bestcase.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 5
```